**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 12-2258**

_____

In re:  MICHAEL MATTHEW MONZEL,

                    Petitioner.

_____

On Petition for Writ of Mandamus.
(No. 5:12-hc-02166-F)

_____

Submitted:  November 20, 2012        Decided:  November 26, 2012

_____

Before TRAXLER, Chief Judge, and SHEDD and FLOYD, Circuit
Judges.

_____

Petition denied by unpublished per curiam opinion.

_____

Michael Matthew Monzel, Petitioner Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael Matthew Monzel petitions for a writ of mandamus, alleging that the district court has unduly delayed in ruling on his petition for a writ of habeas corpus. He seeks an order from this court directing the district court to act. We find the present record does not reveal undue delay in the district court. Accordingly, we grant leave to proceed in forma pauperis and deny the mandamus petition. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED